FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2020

No. 04-20-00367-CV

**IN THE INTEREST OF G.E.T., A CHILD**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00671
Honorable Laura Salinas, Judge Presiding

# O R D E R

This is an accelerated appeal in a suit for termination of the parent-child relationship which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. On August 11, 2020, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice by stating that the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

We therefore **ORDER** that appellant provide written proof to this court that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee **by August 27, 2020**. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court